

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00397-CV

**IN RE CONNOR GROUP**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Lori I. Valenzuela, Justice
             H. Todd McCray, Justice

Delivered and Filed: July 2, 2025

PETITION FOR WRIT OF MANDAMUS, MOTION FOR TEMPORARY RELIEF, and
MOTION FOR WRIT OF INJUNCTION DENIED

On June 20, 2025, relator filed a petition for writ of mandamus, motion for temporary relief,

and motion for writ of injunction complaining about eviction proceedings in the Bexar County

Justice Court, Precinct 3, Place 1. Relator did not comply with Texas Rules of Procedure

52.3(k)(B) and 52.7(a) by failing to attach a certified copy of any pertinent motions or orders

complained of. TEX. R. APP. P. 52.3(k)(B) and 52.7(a). Generally, county courts at law have

appellate jurisdiction over eviction actions. Tex. Prop. Code Ann. § 24.004; Tex. Gov't Code Ann.

§ 27.031; *see also Miller v. Miller*, No. 05-21-00422-CV, 2022 WL 1260183, at *2 (Tex. App.—

---

[1]This proceeding arises out of Cause No. 31E2502359, styled *The Connor Group as Agent for the Connor Group vs. Bradley, Shamar, and All Other Occupants*, pending in the Municipal Court, Bexar County, Texas, the Honorable Julie Bray Patterson presiding.

Dallas Apr. 28, 2022, no pet.) ("County courts at law have appellate jurisdiction over eviction actions, but their appellate jurisdiction is confined to the jurisdictional limits of the justice court.").

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Because relator failed to submit an adequate record, we are unable to conduct a meaningful review of her claims and our jurisdiction. Accordingly, the petition for writ of mandamus, motion for temporary relief, and motion for writ of injunction are **DENIED**.

PER CURIAM